1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVSBN 0722)
    Chief, Criminal Division

4   MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6   Oakland, California 94612
    Telephone: (510)637-3705
7   Fax: (510)637-3724
    michelle.morgan-kelly@usdoj.gov

8
    Attorneys for Plaintiff
9

10                  UNITED STATES MAGISTRATE COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No.    CR 06 0205 VRW
                                     )
14         Plaintiff,                )    ORDER AND STIPULATION FOR
                                     )    CONTINUANCE FROM MAY 4, 2006
15     v.                            )    THROUGH MAY 23, 2006 AND
                                     )    EXCLUDING TIME FROM THE SPEEDY
16  MICHAEL KOKLICH, a/k/a MICHAEL   )    TRIAL ACT CALCULATION (18 U.S.C. §
    LIGHT, a/k/a JOHN DOE,           )    3161(h)(8)(A) and (B)(iv))
17                                   )
           Defendant.                )
18

19          With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order scheduling an initial appearance before the District Court for May 23, 2006 at

21  10:30A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

22  3161(h)(8)(A) and (B)(iv), from May 4, 2006 through May 23, 2006.  The parties agree, and the

23  Court finds and holds, as follows:

24          1.  The parties appeared before the Court on May 4, 2006 for a detention hearing, which

25  the defendant waived without prejudice to renew.  The parties indicated the government will be

26  providing discovery, and additionally that the parties will be negotiating and submitting to the

27  District Court a stipulated protective order under 18 U.S.C. § 3509, and once it is signed, the

28  government will provide additional discovery.  Defense counsel will need time to review this

    discovery with his client.  Government counsel also indicated that she will be out of the country

1  during the second week of May.

2      2.  Accordingly, the parties requested that the matter be continued until May 23, 2006 and

3  requested the exclusion of time under the Speedy Trial Act.

4      3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for

6  continuity of defense counsel, taking into account the exercise of due diligence, and for

7  continuity of government counsel.

8      4.  After a hearing on this matter on May 4, 2006, the Court finds that, taking into account

9  the public interest in the prompt disposition of criminal cases, the ends of justice served by

10  excluding the period from May 4, 2006 through May 23, 2006 outweigh the best interest of the

11  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

12      5.  Accordingly, and with the consent of the defendant, the Court (1) sets the initial

13  appearance in District Court on May 23, 2006, at 10:30 A.M., and (2) orders that the period from

14  May 4, 2006 through May 23, 2006 be excluded from Speedy Trial Act calculations under 18

15  U.S.C. § 3161(h)(8)(A) and (B)(iv).

16  IT IS SO STIPULATED:

17  DATED:      5/5/06                          /s/
                                        JOSH COHEN
18                                      Assistant Federal Public Defender

19
    DATED:    5/4/06                          /s/
20                                      MICHELLE MORGAN-KELLY
                                        Assistant United States Attorney
21

    IT IS SO ORDERED.
22

23  DATED: May 8, 2006

24  THE HONORABLE _____ LAPORTE
    United Stat

25

26

27

28





Judge Elizabeth D. Laporte

2