KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.   CR 06 0205 VRW |
| )   Plaintiff,                          ) | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER PURSUANT TO |
| v.                                    ) | 18 U.S.C. § 3509(d) |
| MICHAEL JOHN KOKLICH, a/k/a   ) MICHAEL LIGHT, a/k/a JOHN DOE,   ) | |
| )   Defendant.                     ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this Stipulated Protective Order pursuant to 18 U.S.C. § 3509(d).  The parties agree, and the Court finds and holds, as follows:

      1.     The parties acknowledge that because defendant is accused of engaging in sex acts with minors, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, apply to this case.

      2.     The parties recognize that the Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any information or discovery pertaining to the victim, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other

1 personal information of the minor victim.

2     3.    The parties agree to the applicability of 18 U.S.C. § 3509 with regard to these
3 matters, and the defendant consents to its application as set forth below.

4     4.    Good cause appearing, the Court hereby orders that:

5     (a)    All persons acting in this case in a capacity described in 18 U.S.C. §
6 3509(d)(1)(B) shall, during all pre-trial proceedings in this case, refer to
7 the minor involved by her first and last initials only;

8     (b)    The name and all identifying information regarding the minor victim shall
9 be maintained as confidential without the necessity of a court order,
10 pursuant to and in compliance with 18 U.S.C. § 3509(d)(1), and all papers
11 to be filed in court that disclose the name or other information concerning
12 a child shall be filed under seal without necessity of obtaining a court
13 order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(2); and

14     (c)    Counsel for the Government and counsel for Defendant shall provide one
15 another with an unredacted copy of any redacted pleading filed in this
16 case, provided that such pleading is not filed in camera.

18 IT IS SO STIPULATED:

19
20 DATED: 5/4/06     /s/
    JOSH COHEN
    Assistant Federal Public Defender
21

22 DATED: 5/4/06     /s/
    MICHELLE MORGAN-KELLY
23     Assistant United States Attorney

24 IT IS SO ORDERED.

25
26 DATED:_____     THE HONORABLE VAUGHN R. WALKER
    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*