KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 06 0205 VRW |
|    Plaintiff, | ) | |
| | ) | ORDER AND STIPULATION FOR |
| v. | ) | CONTINUANCE FROM MAY 23, 2006 |
| | ) | THROUGH JUNE 27, 2006 AND |
| MICHAEL KOKLICH, a/k/a MICHAEL | ) | EXCLUDING TIME FROM THE SPEEDY |
| LIGHT, a/k/a JOHN DOE, | ) | TRIAL ACT CALCULATION (18 U.S.C. § |
| | ) | 3161(h)(8)(A) and (B)(iv)) |
|    Defendant. | ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an status hearing for June 27, 2006 at 10:30A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), from May 23, 2006 through June 27, 2006.  The parties agree, and the Court finds and holds, as follows:

      1.  The parties appeared before the Court on May 23, 2006 for the defendant's initial appearance before the Court.  The parties indicated that the government has provided some discovery and is in the process of obtaining additional discovery from Cambodia and will need to have some materials translated.  Defense counsel, Assistant Federal Public Defender Josh Cohen, indicated that he then will need time to review this discovery with his client.

      2.  Accordingly, the parties requested that the matter be continued until June 27, 2006 and requested the exclusion of time under the Speedy Trial Act.

1       3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

2  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for

3  continuity of defense counsel, taking into account the exercise of due diligence.

4       4. After a hearing on this matter on May 23, 2006, the Court finds that, taking into

5  account the public interest in the prompt disposition of criminal cases, the ends of justice served

6  by excluding the period from May 23, 2006 through June 27, 2006 outweigh the best interest of

7  the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8       5. Accordingly, and with the consent of the defendant, the Court (1) sets a status

9  conference on June 27, 2006, at 10:30 A.M., and (2) orders that the period from May 23, 2006

10 through June 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §

11 3161(h)(8)(A) and (B)(iv).

12 IT IS SO STIPULATED:

13 DATED:   5/30/06                         /s/
                                         JOSH COHEN
14                                       Assistant Federal Public Defender

15
   DATED:   5/26/06                         /s/
16                                       MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney
17
   IT IS SO ORDERED.
18

19 DATED:  June 7, 2006

20                                       THE HONORABLE VAUGHN R WALKER
                                         United States District Judge

