```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVSBN 0722)
 3  Chief, Criminal Division

 4  MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
 5
      1301 Clay Street, Suite 340S
 6    Oakland, California 94612
      Telephone:  (510)637-3705
 7    Fax:  (510)637-3724
      michelle.morgan-kelly@usdoj.gov
 8
    Attorneys for Plaintiff
 9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,        )   No.    CR 06 0205 VRW
13                                   )
          Plaintiff,                 )   STIPULATION AND [PROPOSED]
14                                   )   ORDER SETTING MOTIONS HEARING
       v.                            )   ON SEPTEMBER 5, 2006 AND
15                                   )   EXCLUDING TIME FROM JUNE 30, 2006
    MICHAEL KOKLICH, a/k/a MICHAEL   )   THROUGH AUGUST 1, 2006 UNDER
16  LIGHT, a/k/a JOHN DOE,           )   THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C. §
17        Defendant.                 )   3161(h)(8)(A) and (B)(iv))
```

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a motions hearing September 5, 2006 at 10:30A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), from June 30, 2006 through August 1, 2006. The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court on June 30, 2006 for a status conference. The parties indicated that the government has provided some discovery and is in the process of obtaining additional discovery from Cambodia and will need to have some materials translated. Defense counsel, Assistant Federal Public Defender Josh Cohen, indicated that he then will need time to review this discovery with his client, and will be preparing motions, which he will file on August 1, 2006.

2. Accordingly, the parties requested that the matter be set for a motions hearing on

September 5, 2006 and requested the exclusion of time under the Speedy Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), to provide reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. After a hearing on this matter on June 30, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from June 30, 2006 through August 1, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a motions hearing on September 5, 2006, at 10:30 A.M.; (2) orders that defendant's motion(s) will be due on August 1, 2006, the government's response will be due on August 24, 2006, and defendant's reply will be due on August 29, 2006; and (3) orders that the period from June 30, 2006 through August 1, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED:   6/30/06                                /s/
                                                JOSH COHEN
                                                Assistant Federal Public Defender

DATED:   6/30/06                                /s/
                                                MICHELLE MORGAN-KELLY
                                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:   7/13/06
                                                THE HONORABLE VAUGHN R. WALKER
                                                United States District Court Judge