KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 06 0205 VRW |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MOTIONS SCHEDULE AND MOTIONS HEARING FROM SEPTEMBER 5, 2006 UNTIL SEPTEMBER 19, 2006 |
| v. | ) | |
| MICHAEL KOKLICH, a/k/a MICHAEL LIGHT, a/k/a JOHN DOE, | ) | |
| Defendant. | ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the motions hearing from September 5, 2006 at 10:30A.M. until September 19, 2006 at 10:30 A.M., and continuing the response date for the government until September 7, 2006 and defendant's reply until September 14, 2006.  The parties agree, and the Court finds and holds, as follows:

      1.    Defendant has filed a motion to suppress statements and a motion to dismiss for lack of jurisdiction.  The government's response to these two motions is due August 24, 2006 and defendant's reply is due August 29, 2006.  The motions hearing currently is set for September 5, 2006.

      2.    The witnesses who can provide information in response to the motion to suppress statements are located overseas in Bangkok and Cambodia.  The government has

had difficulty procuring declarations from these witnesses due to their travel schedules, as well as telecommunications issues and the fact that there is a 15-hour time difference.  Thus, while the government is prepared to file its response, more time is needed to obtain written, signed declarations.

3. Defense counsel has no objection to the continuance.

4. The government has filed its response to the motion to dismiss for lack of jurisdiction.  The Court, however, likely would prefer to hear both motions at the same time.

For all of these reasons, the parties respectfully request that the Court enter this order continuing the motions hearing from September 5, 2006 at 10:30A.M. until September 19, 2006 at 10:30 A.M., and continuing the response date for the government until September 7, 2006 and defendant's reply date until September 14, 2006.

IT IS SO STIPULATED:

DATED:   8/24/06

/s/
JOSH COHEN
Assistant Federal Public Defender

DATED:   8/24/06

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 25, 2006

THE HONORABLE VAUGHN R. WALKER
United States District Court Judge