IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   C 06-0205 VRW |
| Plaintiff, | ORDER |
| v | |
| MICHAEL KOKLICH | |
| Defendants. / | |

The government submitted a response to defendant's supplemental brief on October 20, 2006.  Two of the three cases cited in the government's response are unpublished opinions from the Ninth Circuit: <u>United States v Yabut-Baluyut</u>, 67 Fed Appx 449 (9th Cir 2003) and <u>United States v Calimpong</u>, 18 Fed Appx 476 (9th Cir 2001).  Doc #31 at 2.  Both cases fall within the prohibition of citing the Ninth Circuit's unpublished dispositions and orders within the courts of the Ninth Circuit.  Circuit Rule 36-3. Furthermore, the government's citation of these unpublished decisions would not be allowed under the Circuit's proposed amendments to Circuit Rule 36-3.

//

//

Accordingly, the court directs the clerk to strike the government's response.

IT IS SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Chief Judge**

United States District Court
For the Northern District of California