1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant KOKLICH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-06-0205 VRW
                                     )
12              Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER SETTING MATTER FOR**
13        v.                         )   **CHANGE OF PLEA AND VACATING**
                                     )   **TRIAL DATE**
14  MICHAEL KOKLICH,                 )
                                     )
15              Defendant.           )
    _____)
16

17       This matter is presently set for trial on January 16, 2007, with a pretrial conference date

18  of December 12, 2006. The parties filed motions in limine in accordance with the Local Rules

19  on November 28, 2006. Subsequently, the parties engaged in settlement discussions that have

20  resulted in the drafting of a plea agreement. It is the parties' intention to execute the agreement

21  and appear for change of plea in lieu of the pretrial conference on December 12, 2006.

22  ///

23  ///

24  ///

25  ///

26  ///

Accordingly, the parties agree and stipulate that the matter should be set for change of plea on December 12, 2006. The parties further agree and stipulate that the trial date and deadlines for oppositions to motions in limine and other pretrial filings should be vacated.

IT IS SO STIPULATED.

Dated: 12/4/06

_____/s/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 12/5/06

_____/s/_____
KEVIN V. RYAN
United States Attorney
MICHELLE MORGAN-KELLY
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the Court orders that the trial date in this matter, along with deadlines for oppositions to motions in limine and other pretrial filings, shall be vacated. The parties are directed to appear for change of plea on December 12, 2006 at 10:30 AM.

IT IS SO ORDERED.

Dated: December 6, 2006

_____
VAUGHN R. WALKER
UNITED STATES CHIEF DISTRICT JUDGE