# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED

DEC 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR06-205 VRW |
| vs. ) | Docket Number: ~~CR-06-02057~~ VRW |
| ) | |
| Michael John Koklich ) | |
| a/k/a Michael Light, a/k/a John Doe ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____February 6, 2007____ be continued until ____April 10, 2007____ at ____10:30 a.m.____.

Date: 22 DEC 2006                    /s/ [Judge signature]

COPIES MAILED TO
PARTIES OF RECORD

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

IRIS R. WINEY
ACTING CHIEF U.S. PROBATION OFFICER

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

December 19, 2006

**MEMORANDUM**

The Honorable Vaughn R. Walker
Chief United States District Judge

                                        **RE:   Koklich, Michael**
                                                **CR 06-02057 VRW**

Your Honor:

On December 15, 2006, this case was referred to the probation office for completion of a presentence investigation and report. Sentencing in this case is currently scheduled for February 6, 2007, at 10:30 a.m.

Due to the workload in our office a continuance is requested. Accordingly, I am requesting that this matter be continued to April 10, 2007, at 10:30 a.m.

Both the Assistant U. S. Attorney and defense counsel have been notified. Defense counsel objects to the extension of sentencing to April 10, 2007, but the additional time is needed due the increased workload and staffing shortage in the probation office. The additional time will allow us to prepare a thorough report. A continuance order is attached for Your Honor's signature. If additional information or clarification is needed, please do not hesitate to contact me at (415) 436-7118.

                                        Respectfully submitted,

                                        Sheila John
                                        Supervisory United States Probation Officer

cc:   Michelle Morgan-Kelly, AUSA
      Josh Cohen, AFPD